UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| STEVEN THOMAS KOTSONIS,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>)<br>) Nos. 2:12-CR-61<br>)  2:14-CV-145<br>)<br>)  |

## JUDGMENT

For the reasons set forth in the accompanying Memorandum and Order, the Court finds that petitioner Steven Thomas Kotsonis's conviction and sentencing were not in violation of the Constitution or laws of the United States and, therefore, **DENIES** petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, [Docs. 58,59]. Further, the Court finds that petitioner has failed to make a "substantial showing of a denial of a constitutional right" and a certificate of appealability will be denied as to the issues raised by petitioner.

SO ORDERED.

ENTER:

s/J. RONNIE GREER<br>
UNITED STATES DISTRICT JUDGE

s/*Debra C. Poplin*
CLERK OF COURT